### LINTHICUM et al. v. TUCKER et ux.

### No. 3800.

Court of Civil Appeals of Texas. Beaumont.

Jan. 23, 1941.

John W. Ford, of Kilgore, for appellants.

S. M. Adams and R. A. McAlister, both of Nacogdoches, for appellees.

O'QUINN, Justice.

This is an appeal from a judgment of the district court of Nacogdoches county. Neither party has filed briefs, and there is no excuse offered for not doing so.

The appeal is dismissed for want of prosecution.